IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01577-BNB

CYNTHIA R. PINKEY,

    Plaintiff,

v.

WARDEN STEVEN GREEN,
CASE MANAGER DEB. AHLIN, and
CASE MANAGER LT. COOK,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2007

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

On August 9, 2007, Magistrate Judge Boyd N. Boland entered an order granting Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee of $39.00 or to show cause why she has no assets and no means by which to pay the initial partial filing fee. Plaintiff was instructed that, in order to show cause why she cannot pay the $39.00 initial partial filing fee, she must submit a current certified copy of her inmate trust fund account statement. Plaintiff was warned that the complaint would be dismissed without further notice if she failed either to pay the initial partial filing fee or to show cause as directed within thirty days.

On August 15, 2007, Plaintiff filed a document titled "Appeal Order of Payment" in which she alleges that she lacks sufficient funds to pay the initial partial filing fee. Attached to the August 15 document is a copy of Plaintiff's inmate trust fund account

statement dated August 8, 2007, showing that the balance in her account is $-21.06. However, the August 8 account statement is not certified by a prison official. Therefore, Plaintiff has failed to show cause as directed why she is unable to pay the initial partial filing fee. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed either to pay the initial partial filing fee or to show cause as directed why she has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this 18 day of Sept., 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01577-BNB

Cynthia R. Pinkey
Prisoner No. 89688
DWCF
PO Box 392005
Denver, CO 80239

I hereby certify that I have mailed **ORDER AND JUDGMENT** to the above-named individuals on 9-19-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk